UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREW PALMER,

                Plaintiff,                07 Civ. 4056 (RMB)

      -against-                        **ORDER OF DISCONTINUANCE**

ACCOUNT CONTROL TECHNOLOGY, INC.,

                Defendant.
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

      Based on plaintiff's failure to prosecute and appear on July 2, 2007 for a scheduled initial pre-trial conference, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, counsel for plaintiff may apply by letter showing good cause why this action should be restored to the calendar.

**SO ORDERED.**

Dated: New York, New York
       July 2, 2007

                                                             _RMB_
                                                Hon. Richard M. Berman, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 2, 2007