UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANDREW PALMER,                                      :

                             Plaintiff,        :        07 Civ. 4056 (RMB)

        - against -                          :

                                        **Rule 7.1 Corporate Disclosure**
ACCOUNT CONTROL TECHNOLOGY, INC,   :        **Statement**

                            Defendant.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Account Control Technology, Inc. certifies the following:

      Account Technology, Inc. has no parent company and no publicly owned company owns 10% of more of its stock.

Dated:  White Plains, New York
          July 17, 2007

                                       WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP

                                       By: /s/ Emily A. Hayes
                                       Fred N. Knopf (FNK 4625)
                                       Emily A. Hayes (EH 5243)
                                       3 Gannett Drive
                                       White Plains, New York 10604-3407
                                       Phone (914) 323-7000
                                       Facsimile (914) 323-7001

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 17, 2007, a copy of the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

              /s/ Emily A. Hayes
              Emily A. Hayes (EH 5243)
              3 Gannett Drive
              White Plains, New York 10604-3407
              Phone (914) 323-7000
              Facsimile (914) 323-7001
              emily.hayes@wilsonelser.com