USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREW PALMER,

                Plaintiff,                07 Civ. 4056 (RMB)

    -against-                **ORDER OF DISCONTINUANCE**

ACCOUNT CONTROL TECHNOLOGY, INC.,

                Defendant.
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

Based on the parties having indicated on July 18, 2007 that they have reached a settlement agreement, it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, counsel for Plaintiff and/or Defendant may upon good cause shown apply by letter for restoration of the action.

**SO ORDERED**.

Dated: New York, New York
       July 19, 2007

                                                  _/s/ RMB_
                                             **Hon. Richard M. Berman, U.S.D.J.**